**Antonio GREEN, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101960**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: July 21, 2015

For Appellant: Matthew W. Huckeby, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101

For Respondent: Adam S. Rowley, P.O. Box 899, Jefferson City, Missouri 65102

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

### PER CURIAM

Antonio Green (Movant) appeals the motion court's denial, without an evidentiary hearing, of his Rule 24.035 amended motion for post-conviction relief. Movant maintains that his two convictions for kidnapping as to the same victim violate his right to be free from double jeopardy. Accordingly, Movant claims that his guilty pleas were involuntary and the motion court erred by not granting his motion for post-conviction relief. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that the motion court did not clearly err in denying post-conviction relief. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).